# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RALPH HAROS,<br><br>　　　　　　Defendant. | CASE NO. 1:12-CR-00201-(1)-LJO-SKO<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF NO. 34) |

On June 21, 2016, the Federal Defender's Office ("FDO"), on behalf of Petitioner Ralph Haros, filed a motion pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). *See* ECF No. 34. Accordingly,

**IT IS HEREBY ORDERED** that from the date of the FDO's filing, the government shall file a response to Petitioner's Section 2255 Motion within **60 days** (*on or before August 22, 2016*). From the date of the Government's filing, the FDO shall have **60 days** to file a reply.

IT IS SO ORDERED.

　Dated:　**July 5, 2016**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE