PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00201 LJO |
| Plaintiff, | STIPULATION TO EXTEND GOVERNMENT'S TIME TO FILE A RESPONSE |
| v. | |
| RALPH HAROS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Peggy Sasso, attorney for the Defendant, that the deadline for the government's response to the Defendant's Motion pursuant to Title 28, United States Code, Section 2255 be extended for three weeks resulting in the response now due on or before August 22, 2016 being extended to a due date of on or before September 12, 2016.  The government has received multiple similar motions and several are due on August 22, 2016.[1]  The reason for the request is that the government needs additional time to prepare responses to the motion because of other professional responsibilities that have been consuming a significant amount of time, including review, processing and redaction of discovery in *United States v. York*, 1:16-CR-00069 LJO involving approximately 75,000 pages of documentary

---

[1] The government will be filing requests to extend time to file in the other cases with responses due on August 22, 2016 as well.

Stipulation                                                                 1

discovery in addition to other formats of discovery.  Additionally, due to personal obligations, undersigned counsel has had a reduced amount of time to spend on evenings and weekends to address any unfinished work, but anticipates with the start of the school year, additional time will free up.

Dated: August 17, 2016                    Respectfully submitted,

                                                                          PHILLIP A. TALBERT
                                                                          Acting United States Attorney

                                                                  By     /s/ Kimberly A. Sanchez
                                                                          KIMBERLY A. SANCHEZ
                                                                          Assistant U.S. Attorney

Dated: August 17, 2016                    /s/ Peggy Sasso
                                                                          PEGGY SASSO
                                                                          Attorney for Defendant

IT IS SO ORDERED.

Dated:   **August 19, 2016**                **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES CHIEF DISTRICT JUDGE