PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00201 LJO |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND GOVERNMENT'S TIME TO FILE A RESPONSE |
| v. | |
| RALPH HAROS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Peggy Sasso, attorney for the Defendant, that the deadline for the government's response to the Defendant's Motion pursuant to Title 28, United States Code, Section 2255 be extended for one week resulting in the response now due on or before September 12, 2016 being extended to a due date of on or before September 19, 2016.[1] The government has received multiple similar motions and several are now due on September 12, 2016.[2] The reason for the request is that the government had planned to complete this response over the weekend of Friday, September 9- Sunday, September 11, 2016. However, due to electrical testing in the federal building over that weekend, access was

---

[1] The Court granted a three-week extension sought by the government one time previously.

[2] The government will be filing requests to extend time to file in the other cases with responses due on August 22, 2016 as well.

Stipulation                                                1

prohibited until Sunday evening, and the U.S. Attorney's Office's network was not operational.  As such, the government could not access the files needed to complete its response.

Dated: September 12, 2016                    Respectfully submitted,

                                                                      PHILLIP A. TALBERT
                                                                      Acting United States Attorney

                                                      By      /s/ Kimberly A. Sanchez
                                                                KIMBERLY A. SANCHEZ
                                                                Assistant U.S. Attorney

Dated: September 12, 2016                    /s/ Peggy Sasso
                                                                 PEGGY SASSO
                                                                Attorney for Defendant

IT IS SO ORDERED.

Dated:   **September 12, 2016**                    _____
                                                                      UNITED STATES DISTRICT JUDGE